JUDGE FRANK MONTALVO

FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

2020 MAR -4  PM 12: 11

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | CRIMINAL NO. EP-19-CR- |
| Plaintiff, § | |
| § | **INDICTMENT** |
| v. § | |
| § | CT 1: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute; and |
| HORACIO GARCIA GUZMAN, § | |
| Defendant. § | CT 2: 21:952(a)-Importation of a Controlled Substance. |

**EP20CR0711**

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§841(a)(1) and 841(b)(1)(A)(viii))

That on or about February 6, 2020, in the Western District of Texas, Defendant,

**HORACIO GARCIA GUZMAN,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

Rev. 2017-02-16

## COUNT TWO
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(H))

That on or about February 6, 2020, in the Western District of Texas, Defendant,

**HORACIO GARCIA GUZMAN,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev. 2017-02-16