# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 06, 2022

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 21-50275    USA v. Guzman
                         USDC No. 3:20-CR-711-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Melissa B. Courseault, Deputy Clerk
                                   504-310-7701

cc:
    Mr. Joseph H. Gay Jr.
    Mr. Horacio Garcia Guzman

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 14, 2022
Lyle W. Cayce
Clerk

No. 21-50275
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

HORACIO GARCIA GUZMAN,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:20-CR-711-1

Before SMITH, STEWART, and GRAVES, *Circuit Judges.*

PER CURIAM:*

The attorney appointed to represent Horacio Garcia Guzman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guzman has filed a response. We have reviewed counsel's

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-50275

brief and the relevant portions of the record reflected therein, as well as Guzman's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 14, 2022
Lyle W. Cayce
Clerk

No. 21-50275
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

HORACIO GARCIA GUZMAN,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:20-CR-711-1

Before SMITH, STEWART, and GRAVES, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.

Certified as a true copy and issued
as the mandate on May 06, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit